UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEANNE ALEXANDER,<br><br>　　　　Claimant,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE; DOES I through XV; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Respondent. | CASE NO.:  2:12-cv-01836-LRH-PAL |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between GREGORY V. CORTESE, ESQ. of PATTI, SGRO & LEWIS, attorney for Plaintiff, JEANNE ALEXANDER, and W. RANDOLPH PATTON, ESQ. of PATTON & KIRALY, P.C., attorney for Defendant, CALIFORNIA CASUALTY INDEMNITY EXCHANGE, that the above entitled matter may be dismissed, with prejudice, each of the parties to bear their own costs and fees herein incurred.

There has been no trial date set nor Request for Trial Setting filed in this matter, nor has a Scheduling Order issued.

| | | |
|---|---|---|
| 1 | DATED: _Feb 7, 2013_ | PATTON & KIRALY, P.C. |
| 2 | | |
| 3 | | _[signature]_ |
| 4 | | W. RANDOLPH PATTON, ESQ. |
| 5 | | Nevada Bar No. 000365 |
| 6 | | 3016 W. Charleston Blvd., Suite 195<br>Las Vegas, NV 89102 |
| 7 | | *Attorney for Defendant CALIFORNIA CASUALTY INDEMNITY EXCHANGE* |
| 8 | DATED: _1/30/13_ | PATTI, SGRO & LEWIS |
| 9 | | |
| 10 | | _[signature]_ |
| 11 | | GREGORY V. CORTESE, ESQ. |
| 12 | | Nevada Bar No. 006610 |
| 13 | | 720 S. 7th St., Third Floor<br>Las Vegas, NV 89101 |
| 14 | | *Attorney for Plaintiff JEANNE ALEXANDER* |

### ORDER

WHEREAS it appearing to the satisfaction of the court that the parties hereto have stipulated by and through their respective counsel that the above-entitled matter be dismissed with prejudice, all sides to bear their own costs and fees, and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, each side to bear their own costs and fees incurred herein.

. . .

. . .

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter has
2  not been assigned to a trial stack.
3  IT IS SO ORDERED this  12th  day of  February  , 2013.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE